# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael A. Leon, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 12-74-TUC-CKJ |
| | ) | |
| v. | ) | |
| | ) | |
| Danaher Corporation, et al, | ) | |
| | ) | |
| Defendant. | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 4, 2012, judgment is entered in favor of defendant and against plaintiff. Leon's Motion for Permission to E-File (Doc. 9) is GRANTED. Plaintiff to take nothing, and the Amended Complaint and action are dismissed.

                                                      BRIAN D. KARTH
                                                      District Court Executive/Clerk

April 4, 2012

                                                      S/ K. Hughes
                                                      By: Deputy Clerk

cc: (all counsel)